EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail:  Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA TAMARA PREE, | ) 2:15-cv-06057-DTB |
| Plaintiff, | ) [~~PROPOSED~~] |
| | ) JUDGMENT OF REMAND |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

      The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the

Judgment for Remand, Sentence Four 2:15-cv-06057-DTB

1 | Commissioner of Social Security for further proceedings consistent with the

2 | Stipulation to Remand.

3

4

5

6 | Dated: May 10, 2016

7 | HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE